IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES McLAUGHLIN and : CIVIL ACTION
FRANCISCO McLAUGHLIN :
:
:
v. :
:
DAVID WILLIAMS, et al. : NO. 02-2996

**O R D E R**

AND NOW, this 8th day of October, 2002, it is ORDERED that a hearing on Plaintiffs' Request for Entry of Default Against Defendant, David Williams, is scheduled for October 28, 2002, at 9:45 a.m., in Courtroom 8A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Counsel for plaintiff shall notify defendant, David Williams, of the hearing and be prepared to hand up to the Court a written statement as to the date and manner of service of the notice of said hearing on the party against whom the default has been entered.

ATTEST:                                         or      BY THE COURT


BY:_____                             _____
       ARLENE L. QUINN                                   JAMES McGIRR KELLY, J.
       Deputy Clerk

Civ 12 (9/83)