```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JAMES McLAUGHLIN and              :   CIVIL ACTION
FRANCISCO McLAUGHLIN              :
                                  :
    v.                             :
                                  :
DAVID WILLIAMS and                :
C.R. ENGLAND, INC.                :   NO. 02-CV-2996

### **O R D E R**

**AND NOW**, this 28th day of October, 2002, upon review of Plaintiffs' Request for Entry of Default Against Defendant David Williams and upon consideration of the matters discussed at a hearing with counsel, it is **ORDERED**:

1. By agreement with the parties, Defendant David Williams was, at all times relevant to the present action, acting within the course and scope of his employment with Defendant C.R. England, Inc.

2. As Defendant C.R. England, Inc. now indemnifies Defendant David Williams for his conduct relevant to the present action, Plaintiffs' Request for Entry of Default Against Defendant David Williams is, therefore, **DENIED**.

                                        BY THE COURT:


                                        _____
                                        JAMES McGIRR KELLY, J.