```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JAMES McLAUGHLIN and             :        CIVIL ACTION
FRANCISCO McLAUGHLIN             :
                                 :
    v.                           :
                                 :
DAVID WILLIAMS and               :
C.R. ENGLAND, INC.               :        NO. 02-CV-2996

## **O R D E R**

**AND NOW**, this 15TH day of January, 2003, upon review of the pleadings filed to date and upon consideration of the matters discussed at a conference with counsel, it is **ORDERED** that:

1. All discovery, including requests for and responses thereto, shall be completed on or before May 1, 2003.

2. A status conference on this matter will be held on May 7, 2003 at 9:30 a.m.

                                        BY THE COURT:


                                        _____
                                        JAMES McGIRR KELLY, J.