IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES McLAUGHLIN and<br>FRANCISCO McLAUGHLIN | : <br>: <br>: | CIVIL ACTION |
| v. | : <br>: | |
| DAVID WILLIAMS and<br>C.R. ENGLAND, INC. | : <br>: | NO. 02-CV-2996 |

### O R D E R

AND NOW, this 1st day of May, 2003, at the request of counsel, it is ORDERED that:

1. All discovery, including requests for and responses thereto, shall be completed on or before **August 1, 2003.**

2. A status conference on this matter will be held on **August 13, 2003,** at **9:30 a.m.**

BY THE COURT:

_____
JAMES McGIRR KELLY, J.