IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES McLAUGHLIN and<br>FRANCISCO McLAUGHLIN | : | |
| Plaintiffs, | : | CIVIL ACTION NO.: |
| v. | : | 02-CV-2996 |
| DAVID WILLIAMS and<br>C.R. ENGLAND, INC. | : | |
| Defendants | : | |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

    Kindly withdraw the appearance of Drew J.Dedo, Esquire, as counsel for Defendants, David Williams and C.R. England, Inc., in the above captioned matter.

                                        RAWLE & HENDERSON, LLP


                                  By: _____
                                        DREW J. DEDO, ESQUIRE

Date: July 28, 2003