IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES McLAUGHLIN and<br>FRANCISCO McLAUGHLIN | : | |
| Plaintiffs, | : | CIVIL ACTION NO.: |
| v. | : | 02-CV-2996 |
| DAVID WILLIAMS and<br>C.R. ENGLAND, INC. | : | |
| Defendants | : | |

### STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the above entitled action, having been amicably justified between the parties, be hereby dismissed with prejudice and without cost against either party.

RAWLE & HENDERSON LLP

By: _____
Laurence T. Gross, Esquire
Attorney for Defendants,
David Williams and
C.R. England, Inc.

LAW OFFICES OF STEPHEN W. BRUCCOLERI

By: _____
Stephen W. Bruccoleri, Esquire
Attorney for Plaintiff,
James McLaughlin

Dated: _____

954694 v.1