IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES McLAUGHLIN, et al., | : | |
| Plaintiff | : | |
| vs. | : | CIVIL ACTION |
| DAVID WILLIAMS, et al., | : | NO. 02-2996 |
| Defendant | : | |

O R D E R

AND NOW, TO WIT this 8th day of April, 2004, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

SHARON A. HALL  
Deputy Clerk

HONORABLE JAMES MCGIRR KELLY  
Judge, United States District Court

cc: Copies mailed to counsel by chambers